ORIGINAL

"william-m. :gilroy", "m. noilani :mason
c/o p.o. box 6541,
Kahuku Kau [Ocean View Hawaii ~96737]

[808-430-0799]
[NoilaniGilroy@gmail.com]
808-765-0730
mrgalleria@msn.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 2 9 2023

at 10 o'clock and 55 min. A M
Lucy H. Carrillo, Clerk    cu

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

HAWAIIAN RANCHOS ROAD MAINTENANCE CORPORATION, ROY THORNTON; MARCELLA LYNN THORNTON; MATS FOGELVIK; MAIRA SHALESE FOGELVIK; CHRISTOPHER PINNOW; CURT HOLYK; PHILLIS MAY; GABE HECHLER; ROLAND PACKEY TAYLOR; TOM TYLER; JUNG & VASSAR, P.C.; FRANCIS L. JUNG; THOMAS WAYNE VASSAR; CAROL MONAHAN JUNG; DAVID HARRISON LAWTON; EMIL A. MACASINAG; ROBERT D. TRIANTOS; and TRIANTOS LAW, LLLC, DOES 1-10; DOE CORPORATIONS 1-10; DOE GOVERNMENTAL UNITS and OTHER ENTITIES 1-10,

Petitioners

WILLIAM MICHAEL GILROY; MATHILDA NOILANI MASON ["I am"s' honorable lords "william-m. family gilroy"/"m. noilani :mason" RP'sOI, sui juris administrators, bona fide claimants, third party interveners without presumption, Holders·in·Due·Course for [*personas* "WILLIAM M. GILROY"/"MATHILDA MASON "RP'sII" private express trusts]]; DOES 1-10; DOE CORPORATIONS 1-10; DOE GOVERNMENT UNITS and OTHER ENTITIES 1-10,

Respondents.

THE JUDICIARY·STATE OF HAWAII HILO CIRCUIT COURT Civil No. "3CCV-23-0000374@4926495/"

PETITION TO CONTEST THE VALIDITY OF NONCONSENSUAL COMMON LAW LIENS AND FRIVOLOUS FINANCING STATEMENTS, FOR EXPUNGEMENT, DAMAGES AND INJUNCTIVE RELIEF; EXHIBITS "1-"11"; SUMMONS

Case No. **CV23   00493 JAO** RT

NOTICE OF REMOVAL PURSUANT RULE 3, REQUEST FOR INJUNCTIVE RELIEF PURSUANT RULE 65(b), COMPULSORY COUNTERCLAIM PURSUANT RULE 13, JOINDER OF PARTIES AS MANDATORY PURSUANT RULES 19 & 20 AND SUBJECT TO RULE 14; (Service of "PETITION to "Respondent(s)": November 15, 2023 A.D.); Certificate of Service and Prayer attached; Copy unsigned "PETITION" pages 1-30

**Demand For JURY TRIAL Of 12 Peers**

Received By Mail
Date NOV 2 9 2023    cu

Mailed On
Date NOV 2 9 2023    cu

accepted for deposit, payable to bearer
Thirty Thousand Dollars/ $30,000.00
Restricted endorsement
ACCEPTED For Deposit
date:  11 / 27 / 2023 AP.
By: _____ Agent
For: WILLIAM M. GILROY/Principle
Payable to the bearer, Without recourse

accepted for deposit, payable to bearer
Thirty Thousand Dollars/ $30,000.00
Restricted endorsement
ACCEPTED For Deposit
date: November 27, 2023 ©.
By: _____ Agent
For: MATHILDA N. MASON/Principle
Payable to the bearer, Without recourse

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

## NOTICE OF REMOVAL PURSUANT RULE 3, REQUEST FOR INJUNCTIVE RELIEF PURSUANT RULE 65(b), COMPULSORY COUNTERCLAIM PURSUANT RULE 13, JOINDER OF PARTIES AS MANDATORY PURSUANT RULES 19 & 20 AND SUBJECT TO RULE 14;

Index: page 2

A: Definitions: pages 3-4

B: Parties To Action: 1-13 each, pages 5-6

C: Rule 20: Proposed Parties to Joinder For Petitioner(s): 14-20 each, page 6

D: Rule 20: Proposed Parties to Joinder For Respondent(s): 3 each, pages 7

E: Rule 3 NOTICE OF REMOVAL: page 8

F: 1: Allegation By Petitioner Of "NONCONSENSUAL" "LIENS": page 8

G: 2: Allegation By Petitioner Of "FRIVOLOUS FINANCING STATEMENTS": pages 9-10

H: Cause For Removal: pages 11-20

I: Rule 65(b) REQUEST FOR INJUNCTIVE RELIEF: page 21

J: FOR WILLFULL AND KNOWING IDENTITY THEFT and FOR WILLFUL AND KNOWING INVASION OF PRIVACY: pages 22-23

Failure At Prior Notice Of Charges, Interest, Obligation, Default, Or Pending Lawsuit: pages 23-24

Fee Schedule: pages 24-25

Rule 14 (a)(1) Third-Party Practice: serve summons and complaint on a nonparty who is or may be liable; see © and (D) above; pages 5-6

Rule 13 COMPULSORY COUNTERCLAIM: pages 26-28

Autograph Page, Service Page, Prayer Page: 29-31

Exhibit A1: Copy "PETITION...": pages 1-30 from "Bob"; pages 32-62

## Definitions

**"bad faith"**: generally implying or involving actual or constructive fraud, or a design to mislead or deceive another, or a neglect or refusal to fulfill some duty or some contractual obligation, not prompted by an honest mistake as to one's rights or duties, but by some interested or sinister motive.

**"billy'**: "William M. Gilroy" living flesh soul; "h.l. william-m. :gilroy"; "honorable lord william-m. :gilroy"; non-corporate status; Natural State National status;

**"blasphemy"**: intended to wound the feelings or excite contempt and hatred or promote immorality. (immorality: the violation of moral laws, refers to an agent doing or thinking what they know is wrong).

**"Bob"**: living flesh souls, non-corporate status; "Robert Dale Triantos Esq.; Roy Jay Thornton; Marcella Lynn Thornton; Mats Fogelvik; Maira Shalese Fogelvik; Christopher Pinnow; Curt Holyk; Phillis M. May; Gabriel Hechler; Roland Patrick Taylor; Tom Tyler; Francis L. Jung Esq.; Carol Monahan Jung Esq.; Thomas Wayne Vassar Esq.; David Harrison Lawton Esq.; Emil A. Macasinag Esq.; (Henry T. Nakamoto Esq.; Peter Kenji Kubota Esq.; Jeffrey A. Hawk Esq.); **nonprofit decedent corporation**"HAWAIIAN RANCHOS ROAD MAINTENANCE CORPORATION, a Hawaii nonprofit corporation", decedent "Triantos Law LLLC"; and et al has failed to state a claim upon which relief can be granted, a claim must conform to the standards set forth in *Ashcroft v. Iqbal*, 556 u.s. 662 (2009). *Bell Atlantic v. Twombly*, 550 U.S. 544 (2007). Fed. R.Civ. P. 8(a) requires that claim for relief contain a short and plain statement of the claim showing that the pleader is entitled to relief. That statement must contain enough factual matter to state a claim that is plausible on its face. *Iqbal.* 556 u.s. AT 678 (2009);

**"hypocrite"**; pretending to be something they are not in order to deceive others.

**"knowingly"**: "With knowledge; consciously; intelligently. The use of this word in an indictment is equivalent to an averment that the defendant knew what he was about to do, and, with such knowledge, proceeded to do the act charged. [U. S. v. Claypool (D. C.) 14 Fed. 128.]   [*Black's Law Dictionary, 2nd Ed.*]

"**noilani**": living flesh soul; "mathilda-noilani :mason"©™; "m. noilani-mason"; "h.l. m. noilani mason"; non-corporate status; "Natural Kanaka Maole/HAWAIIAN NATIONAL"; [discovered the first of *"petitioner's"* formal written complaint from a neighbor who were browsing the eCourt Kokua Website and e-mailed information via digital to e-mail: NoilaniGilroy@gmail.com; then, a "rambunctious" process server came to deliver "un-certified" tick copies that came from the counsels for the "*petitioners?*" Without any judicial court clerk's filing documents to consider delivered documents as officially "*served*". Date of process server's delivery day on November 15, 2023. A.D.];

"*MASON*" word name used by the Nineteen (19) *"Petitioners"* are in violations of UNIFORM COMMERCIAL CODE.   One Hundred-Eight times "*MASON" TRADE word name* spelled on "petitioners's" formal complaint dated: "10.10.23";   Presenting Question? Under Uniform Commercial Code might this be violations of Infringements?

"**MATHILDA NOILANI MASON**"©™: Resident of WASHINGTON D.C.; decedent; LEGAL FICTION; CORPORATION; SECURITY; TRUST; PROPERTY OF UNITED STATES; U.S, CITIZEN; HAWAIIAN NATIONAL as Coequal Soveran; words on paper;

"**Ranchos**": "Hawaiian Ranchos Estates"; "Hawaiian Ocean View Ranchos"; "Hawaiian Ocean View Ranchos Estates"; "Ranchos Agricultural Community";

"**willful**": "1 :obstinately and often perversely self-willed    2 :done deliberately : INTENTIONAL""UNRULY""UNGOVERNABLE""INTRACTABLE""REFRACTORY ""RECALCITRANT""HEADSTRONG" [Merriam Webster]; "Proceeding from a conscious motion of the will, intending the result which actually conies to pass; designed; intentional; malicious.A willful differs essentially from a negligent act. The one is positive and the other negative. Intention is always separated from negligence by a precise line of demarcation." [*Black's Law Dictionary, 2nd Ed.*]

"**WILLIAM MICHAEL GILROY**": Resident of WASHINGTON D.C.; decedent; LEGAL FICTION; CORPORATION; SECURITY; TRUST; PROPERTY OF UNITED STATES; U.S. CITIZEN; words on paper;

## Parties To Action

1: "Robert Dale Triantos Esq.", 75-5751 Melelina St., Kailua-Kona, Hawaii, 96740; P.O. Box 4247, Kailua Kona, Hawaii, 96745; 808-685-7117, Fax: 808-657-6338; Email: bob@triantoslaw.com; attorney for **"People for words on paper: nonprofit HRRMC"**

2: "Roy Jay Thornton", P.O. Box 7007, 92-6008 Alii Dr.,Ocean View, Hawaii, 96737; DBA **HRRMC**, HRCA (fake copycat company), KGE/KONA GARDENS ESTATES, PACIFIC RIM MANAGEMENT CORPORATION, THORNBROOK, JOANNE M LEE IRREVOCABLE TRUST, Age 56 (Oct. 20 1965) royhrca@gmail.com, office@ranchos-roads.org, royhrrmc@gmail.com, pacificrim4950@gmail.com,

3: "Marcella Lynn Thornton", P.O. Box 7007, 92-6008 Alii Dr.,Ocean View, Hawaii, 96737; DBA **HRRMC**

4: "Mats Adam Fogelvik", 92-8631 Jacarana Dr., Ocean View, Hawaii, 96737; 808-280-8405; 808-280-8405; Board member for **"People for words on paper: nonprofit HRRMC"**

5: "Maira Shalese Fogelvik", 92-8631 Jacarana Dr., Ocean View, Hawaii, 96737; 808-280-8405; 808-280-8405; Board member for **"People for words on paper: nonprofit HRRMC"**

6: "Phillis M. May", P.O. Box 6621, 92-8661 Jacaranda Dr., Ocean View, Hawaii, 96737; Board member for **"People for words on paper: nonprofit HRRMC"**

7: "Roland Patrick Taylor", P.O. Box 7404, 92-1002 Kamaaina Blvd., Ocean View, Hawaii, 96737, Board member for **"People for words on paper: nonprofit HRRMC"**

8: "David Harrison Lawton", Ste. 100, 75-5722 Kuakini Hwy., Kailua-Kona, Hawaii, 96740, attorney for **"People for words on paper: nonprofit HRRMC"**

9: "Thomas Glenn Tyler", P.O. Box 7474, 92-8477 Bougainvillaea Dr., Ocean View, Hawaii, 96737, Board member for **"People for words on paper: nonprofit HRRMC"**

10: "Gabriel Lynn Hechler", P.O. Box 887, Captain Cook, Hawaii, 96704, 92-1158 Maikai Blvd., Ocean View, Hawaii, Board member for **"People for words on paper: nonprofit HRRMC"**

11: "Curtis John Holyk", 34710 NE 91st Ave., La Center, Washington, 98629, Board member for **"People for words on paper: nonprofit HRRMC"**

12: "Christopher Arthur Pinnow", 1199 Tamarack Ave., Carlsbad, California, 92008-3418, 92-913 Hokulani Blvd., Ocean View, Hawaii, 96737, Board member for **"People for words on paper: nonprofit HRRMC"**

13: "Sandra Shelton", "Hawaiian Ranchos Community Association" parent corporation to nonprofit "HAWAIIAN RANCHOS ROAD MAINTENANCE CORPORATION, a Hawaii nonprofit corporation", c/o P.O. Box 6062, Ocean View, Hawaii, 96737;

**Rule 20: Proposed Parties to Joinder For Petitioner(s)**

**Respondent(s) join the following 7 people as Petitioner(s) and assert that "claims" by "Petitioners" are "arising out of the same transaction" and "any question of law or fact common to all parties"**

14: "Peter Eric Bosted", P.O. Box 6254, 92-843 Alii Blvd., Ocean View, Hawaii, 96737,Board member for **"People for words on paper: nonprofit HRRMC"**

15: "MICHAEL GERBO ESTATE/Trisha Clifford Gerbo", P.O. Box 7297, 92-8695 Jacaranda Dr., Ocean View, Hawaii, 96737, Board member for **"People for: nonprofit HRRMC"**

16:"Paul Martin Scott", P.O. Box 7534, 92-1281 Hokulani Blvd., Ocean View, Hawaii, 96737, Board member for **"People for words on paper: nonprofit HRRMC"**

17: "Rene Hermann Heimgartner Esq.", P.O. Box 1839, Kailua-Kona, Hawaii, 96745, contracted attorney by **"People for words on paper: nonprofit HRRMC"**

18: "Peter Kenji Kubota Esq.", c/o Hale Kaulike, 777 Kilauea Avenue, Hilo, Hawaii, 96720-4212;

19: "Jeffrey A. Hawk Esq."

20: "Henry T. Nakamoto Esq."

(Rule 20: Permissive Joinder of Parties: (a)(2)(A) any right to relief; (B) any question of law or fact)

## Rule 20: Proposed Parties to Joinder For Respondent(s)

**Respondent(s) join the following 3 people as Respondent(s) and assert that "claims" by "Petitioners" are "arising out of the same transaction" and "any question of law or fact common to all parties"**

1: "Leslie Kobata", DLNR Bureau Of Conveyances, 1151 Punchbowl St., Ste. 120, Honolulu, Hawaii, 96813; Respondent;

2: "Meleana Smith" NOTARY, Kau Business Services, 92-8691 Lotus Blossom Ln., Ocean View, Hawaii, 96737; KBS96737@gmail.com; Respondent;

3: "Erin G. Santos" NOTARY, CU Hawaii Federal Credit Union, 95-5664 Mamalahoa Highway, Naalehu, Hawaii, 96772; Respondent;

(Rule 20: Permissive Joinder of Parties: (a)(2)(A) any right to relief; (B) any question of law or fact)

## NOTICE OF REMOVAL PURSUANT RULE 3

### Commencing an Action

### 1: Allegation By Petitioner Of "NONCONSENSUAL" "LIENS"

For is "Bob" not willfully and knowingly alleging that people who are not attorneys have no right to "LIEN" personal or private property using process identical to the "LIEN" process used by "**Bob**'?

If this is true and correct, Why does the STATE OF HAWAII BUREAU OF CONVEYANCES allow people who are not attorneys to LIEN property?

And Why is STATE OF HAWAII BUREAU OF CONVEYANCES not a respondent to this "PETITION" by "**Bob**" for any legal breach?

Why is not any Notary a respondent to this "PETITION" by "**Bob**", for any legal breach?

For why and for by what lawful authority did "**Bob**" (non-attorney factions of "**Bob**" including "Roy Jay Thornton", "Marcella Lynn Thornton", "Mats Adam Fogelvik", Phillis M. May" and others) willfully and knowingly administrate 250 non-consensual LIENS from 2003 through 2023?

### 2: Allegation By Petitioner Of "FRIVOLOUS FINANCING STATEMENTS"

For "**Bob**" is aware as follows;

1: For "**billy**" and "**noilani**" (and others, as the record shows) initiated CLAIMS for DAMAGES upon "**Bob**" beginning on or about November 21, 2020 and continuously thereafter.

2: For shortly after "**billy**" and "**noilani**" formally requested an audit and examination of "**Bob**" (3/27/2022), "**billy**" and "**noilani**" received a two page death threat letter worded with terminology frequently used by "**Bob**" (4/12/2022, 16 days after request for audit).

3: For even "**Bob**" willfully and knowingly confesses publicly by email to hundreds of "Ranchos" property owners on or about 4/25/2022 (13 days thereafter), by three page "Information Letter" that "**billy**" and "**noilani**" has sent "**Bob**" over 250 letters.



Box full of letters sent to
HRRMC by Mason/Gilroy
over 250 letters in one year

photo from "**Bob**" 4/25/2022: 3 page email to hundreds of "**Ranchos**" property owners all over the world. A family friend in San Diego California received this email and photos.

4: From 4/25/2022 to present, "**billy**" and "**noilani**" have sent or reported to "**Bob**" close to 400 additional documents filed in at least 6 court actions with possibly 5000 pages.

5: For that is 600 documents, 5000 pages, over a period of 1095 days.

6: For "**Bob**" willfully and knowingly never challenged, rebutted, refuted, denied, or questioned a single CHARGE. "**Bob**" is defaulted and barred by laches.

7; For under the Maxim that an unrebutted affidavit of CLAIM stands as truth in COMMERCE. "**Bob**" is defaulted and barred by laches.

8: For also under the Doctrine of Laches, the same rule applies. "Equity aids the vigilant" - not those who sleep on their rights. Put another way, failure to assert one's rights in a timely manner results in a claim being barred by laches. "**Bob**" is defaulted and barred long ago from any relief.

For there is **no possible excuse** for these non-professional recidivist acts, and upon this basis alone this matter must be sanctioned for vexatious litigation, and stricken from all records.

For any **failure** of the Court to sanction, and strike the "PETITION" constitutes a conspiracy and collusion of the Court which may be operating exploitation of a legal justice minority group by BAR closed union shop court with acts of apartheid.

## Cause For Removal

For STATE OF HAWAII THIRD CIRCUIT COURT public servants (supra) "Officers of the Court" have ignored and violated and invalidated Natural Laws, State Laws, Federal Laws, International Laws, Acts, Rules, Codes, Statutes, Commercial Laws:

Therefore all acts, actions, Judgments and Orders of this Court are VOID.

**"The judgments were based on orders which were void because the court exceeded its jurisdiction in entering them, For the power of judges to act outside of their jurisdiction such proceedings would be void, and actionable.**

In [*Wise v. Withers*, 7 U.S. (3 Cranch)331(1806)],**the Supreme Court confirmed the right to sue a judge for exercising authority beyond the jurisdiction** authorized by statute.

"When a judge **knows that he lacks jurisdiction, or acts in the face of clearly valid Constitutional provisions** or valid statutes expressly depriving him of jurisdiction or judicial capacity, **judicial immunity is lost.**" --[*Rankin v. Howard* 633 F.2d 844 (1980), *Den Zeller v. Rankin*, 101 S.Ct. 2020 (1981)

**nor be deprived or life, liberty or property,without due process of law;**...Article V, National Constitution.

"A judgment can be void. .. where the court acts in a manner contrary to due process." THEREFORE; this court must perform its duty under the Rule of Law, do Justice, [*Rectum Rogare],* and DISMISS WITH PREJUDICE [OR REVERSE] the above-captioned case without delay for "Justice delayed is Justice denied."*[Rectum Rogare]*-"to do right; to petition the judge to do right."-- Black's Law Dictionary 4th edition.

### STATE CIRCUIT court has no jurisdiction,
### STATE CIRCUIT Court NEVER had jurisdiction

49 CFR § 1570.5 – Fraud and intentional falsification of records. **§ 1570.5 Fraud and intentional falsification of records.** No person may make, cause to be made, attempt, or cause to attempt any of the following:

(a) Any fraudulent or intentionally false statement in any <u>record</u> or report that is kept, made, or used to show compliance with the subchapter, or exercise any privileges under this subchapter.

(b) Any reproduction or alteration, for fraudulent purpose, of any <u>record</u>, report, security program, access medium, or identification medium issued under this subchapter or pursuant to standards in this subchapter.

18 U.S. Code § 876 - Mailing threatening communications

18 U.S. Code § 241 - Conspiracy against rights

If **two or more persons conspire to injure, oppress, threaten, or intimidate any person** in any State, Territory, Commonwealth, Possession, or District **in the free exercise or enjoyment of any right** or privilege secured to him by the Constitution or laws of the United States, or **because of his having so exercised the same; or**

If two or more persons go in disguise on the highway, or on the premises of another, with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured— They shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death.

**<u>18 U.S. Code § 242 - Deprivation of rights under color of law</u>**

18 U.S. Code § 245 - Federally protected activities

18 U.S. Code § 653 - Disbursing officer misusing public funds

28 U.S. Code § 951 - Oath of office of clerks and deputies    Each clerk of court and his deputies shall take the following oath or affirmation before entering upon their duties: "I, ___ ___, having been appointed ___, do solemnly swear (or affirm) that **I will truly and faithfully enter and record all orders, decrees, judgments and proceedings** of such court, and will faithfully and impartially discharge all other duties of my office according to the best of my abilities and understanding. So help me God."

28 U.S. Code § 953 - Administration of oaths and acknowledgments, Each clerk of court and his deputies may administer oaths and affirmations and take acknowledgments.

28 U.S. Code § 955 - Practice of law restricted, The clerk of each court and his deputies and assistants shall not practice law in any court of the United States.

28 U.S. Code § 958 - Persons ineligible as receivers

28 U.S. Code § 959 - Trustees and receivers suable; management; State laws

28 U.S. Code § 960 - Tax liability

12 U.S. Code § 582 - Receipt of United States or bank notes as collateral

12 U.S. Code § 2614 - Jurisdiction of courts; limitations

18 U.S. Code § 641 - Public money, property or records

18 U.S. Code § 643 - Accounting generally for public money

18 U.S. Code § 645 - Court officers generally

18 U.S. Code § 648 - Custodians, generally, misusing public funds

18 U.S. Code § 649 - Custodians failing to deposit moneys; persons affected

18 U.S. Code § 650 - Depositaries failing to safeguard deposits

18 U.S. Code § 652 - Disbursing officer paying lesser in lieu of lawful amount

18 U.S. Code § 654 - Officer or employee of United States converting property of another
18 U.S. Code § 656 - Theft, embezzlement, or misapplication by bank officer or employee
18 U.S. Code § 660 - Carrier's funds derived from commerce; State prosecutions
18 U.S. Code § 666 - Theft or bribery concerning programs receiving Federal funds
18 U.S. Code § 872 - Extortion by officers or employees of the United States
18 U.S. Code § 873 - Blackmail
18 U.S. Code § 875 - Interstate communications
18 U.S. Code § 876 - Mailing threatening communications
18 U.S. Code § 877 - Mailing threatening communications from foreign country
18 U.S. Code § 878 - Threats and extortion against foreign officials, official guests, or internationally protected persons
18 U.S. Code § 880 - Receiving the proceeds of extortion
18 U.S. Code § 891 - Definitions and rules of construction
18 U.S. Code § 892 - Making extortionate extensions of credit
18 U.S. Code § 893 - Financing extortionate extensions of credit
18 U.S. Code § 894 - Collection of extensions of credit by extortionate means
18 U.S. Code § 912 - Officer or employee of the United States
18 U.S. Code § 913 - Impersonator making arrest or search
18 U.S. Code § 914 - Creditors of the United States
18 U.S. Code § 915 - Foreign diplomats, consuls or officers
18 U.S. Code § 1001 - Statements or entries generally
18 U.S. Code § 1002 - Possession of false papers to defraud United States
18 U.S. Code § 1003 - Demands against the United States
18 U.S. Code § 1015 - Naturalization, citizenship or alien registry
18 U.S. Code § 1016 - Acknowledgment of appearance or oath
18 U.S. Code § 1017 - Government seals wrongfully used and instruments wrongfully sealed
18 U.S. Code § 1018 - Official certificates or writings
18 U.S. Code § 1021 - Title records
18 U.S. Code § 1028 - Fraud and related activity in connection with identification documents, authentication features, and information
18 U.S. Code § 1031 - Major fraud against the United States
18 U.S. Code § 1036 - Entry by false pretenses to any real property, vessel, or aircraft of the United States or secure area of any airport or seaport
18 U.S. Code § 1038 - False information and hoaxes
18 U.S. Code § 1341 - Frauds and swindles
18 U.S. Code § 1346 - Definition of "scheme or artifice to defraud"
18 U.S. Code § 1349 - Attempt and conspiracy
18 U.S. Code § 1350 - Failure of corporate officers to certify financial reports
18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies, and committees
18 U.S. Code § 1506 - Theft or alteration of record or process; false bail
18 U.S. Code § 1512 - Tampering with a witness, victim, or an informant
18 U.S. Code § 1513 - Retaliating against a witness, victim, or an informant

18 U.S. Code § 1595 - Civil remedy
18 U.S. Code § 1621 - Perjury generally
18 U.S. Code § 1622 - Subornation of perjury
18 U.S. Code § 1623 - False declarations before grand jury or court
18 U.S. Code § 1658 - Plunder of distressed vessel
18 U.S. Code § 9 - Vessel of the United States defined
18 U.S. Code § 1661 - Robbery ashore
18 U.S. Code § 1652 - Citizens as pirates
18 U.S. Code § 1654 - Arming or serving on privateers
18 U.S. Code § 1701 - Obstruction of mails generally
18 U.S. Code § 1702 - Obstruction of correspondence
18 U.S. Code § 1901 - Collecting or disbursing officer trading in public property
18 U.S. Code § 1910 - Nepotism in appointment of receiver or trustee
18 U.S. Code § 1911 - Receiver mismanaging property
18 U.S. Code § 1923 - Fraudulent receipt of payments of missing persons
18 U.S. Code Chapter 95 - RACKETEERING
18 U.S. Code § 1951 - Interference with commerce by threats or violence
18 U.S. Code § 1952 - Interstate and foreign travel or transportation in aid of racketeering enterprises
18 U.S. Code § 1956 - Laundering of monetary instruments
18 U.S. Code § 1957 - Engaging in monetary transactions in property derived from specified unlawful activity
18 U.S. Code § 1959 - Violent crimes in aid of racketeering activity
18 U.S. Code § 1961 - Definitions
18 U.S. Code § 1962 - Prohibited activities
18 U.S. Code § 1963 - Criminal penalties
18 U.S. Code § 1964 - Civil remedies
18 U.S. Code § 1965 - Venue and process
18 U.S. Code § 1966 - Expedition of actions
18 U.S. Code § 1967 - Evidence
18 U.S. Code § 1968 - Civil investigative demand
18 U.S. Code § 2073 - False entries and reports of moneys or securities
18 U.S. Code § 2075 - Officer failing to make returns or reports
18 U.S. Code § 2340 - Definitions
18 U.S. Code § 2381 - Treason
18 U.S. Code § 2382 - Misprision of treason
18 U.S. Code § 2384 - Seditious conspiracy
18 U.S. Code § 2385 - Advocating overthrow of Government
18 U.S. Code § 2441 - War crimes

▶ For any nonprofit road maintenance corporation in Hawaii may not lawfully act in any capacity as a plaintiff, as "the people of the nonprofit" are mandated to be the benevolent group of volunteers whose sole purpose is to offer some benefit to the community.

Therefore "**People for: nonprofit HRRMC**" have no lawful nor legal authority, standing or jurisdiction to initiate any court action:

Below are 69 valid and unchallenged reasons why "people for: nonprofit HRRMC" cannot initiate any legal court sanctioned action against any "voluntary member" of the nonprofit corporation: "HAWAIIAN RANCHOS ROAD MAINTENANCE CORPORATION, a Hawaii nonprofit corporation":

1:   to act without the **oversight of the mother corporation HRCA** (HAWAIIAN RANCHOS COMMUNITY CORPORATION).

2:   to act without the **oversight of COUNTY OF HAWAII CORPORATION COUNSEL**.

3:   to act without the **oversight of COUNTY OF HAWAII PLANNING DEPARTMENT**.

4:   to act without the **oversight of COUNTY OF HAWAII PUBLIC WORKS**.

5:   to act without the **oversight of STATE OF HAWAII ATTORNEY GENERAL**.

6:   to act without the regulatory **oversight of STATE OF HAWAII DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS**.

7:   to mandate or require **tax** (assessment) upon a **"voluntary membership"**.

8:   to **oppress, stalk, terrorize, harass, threaten, flip-off, yell at, slander, libel, defame** upon a "voluntary membership".

9:   to **repeatedly refuse mail and refuse voluntary contributions** from a "voluntary membership".

10:   to mandate or require tax (assessment) upon a non-contractual " **voluntary membership**" as doing so is "**SLAVERY**" forced compliance to contracts not held in common in violation of the 13th Amendment of the American Constitution.

11:   to "**SLANDER OF TITLE**" **lien** over 160 properties upon a **"voluntary membership"**.

12:   upon a non-contractual **"voluntary membership"** as doing so is in violation of **"STATUTE OF FRAUDS"** doctrine regarding the non-contractual "**sale of property**".

13:   to mandate or require tax (assessment) upon a **"voluntary membership"** as so doing is **"inappropriate"**. (Supreme Court)

14:   to mandate or require tax (assessment) upon a **"voluntary membership"** as so doing is **"innately unfair"**. (Supreme Court)

15:    to mandate or require tax (assessment) upon a **"voluntary membership"** as so doing is **"ultra vires"**. (Supreme Court)

16:    to initiate **false billing obligation(s)**.

17:    to initiate **over billing** obligation(s).

18:    to initiate **billing of fees, penalties, charges, admin fees, administrative fees, or any other alleged obligation(s)**.

19: to Foreclose on real property wherein Plaintiff is **not a named party on the PROPERTY DEED**.

20:    to **initiate Court action**.

21:    to initiate **Court action against "voluntary membership"**

22:    to initiate **Court action against "voluntary membership" using "voluntary membership" monies.**

23:    to **initiate Court action against "voluntary membership" using "voluntary membership" monies to contract with of hire attorney(s).**

24:    to **initiate Court action against "voluntary membership" without total "Board" knowledge, consent and approval, using "voluntary membership" monies to contract with of hire attorney(s).**

25:    to **initiate Court action against "voluntary membership" without total "membership" knowledge, consent and approval, using "voluntary membership" monies to contract with of hire attorney(s).**

26:    to initiate legal court action because the elected "Board" and "voluntary membership" are **acting in the private, making all interests of "voluntary membership" private.**

27:    to initiate legal court action against "voluntary membership". It is **only the "Board" who is public and "REGISTERED"** with the "STATE OF HAWAII DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS" as a "NONPROFIT CORPORATION"

28:    to initiate legal court action against "voluntary membership". It is **only the "Board" who is subject to oversight by government**

29:    to initiate legal court action against "voluntary membership" for there is **no contract** between "voluntary membership" and "people for: nonprofit HRRMC"

30:    to initiate legal court action against "voluntary membership" for there is **no foundation agreement** between "voluntary membership" and "people for: nonprofit HRRMC"

31:     to initiate legal court action against "voluntary membership" for there are **no written terms** between "voluntary membership" and "people for: nonprofit HRRMC"

32:     to initiate legal court action against "voluntary membership" for there are **no written conditions** between "voluntary membership" and "people for: nonprofit HRRMC"

33:     to initiate legal court action against "voluntary membership" for there are **no written limitations** between "voluntary membership" and "people for: nonprofit HRRMC"

34:     to initiate legal court action against "voluntary membership" for there are **no written liabilities** between "voluntary membership" and "people for: nonprofit HRRMC"

35:     to initiate legal court action against "voluntary membership". It is **only the "Board" who is subject to oversight by IRS**

36:     to initiate legal court action against "voluntary membership" For it is the **"voluntary membership" who is the "LENDER" and "CREDITOR"** who pays money to the "RECEIVER" and "DEBTOR" "people for: nonprofit HRRMC".

37: to initiate legal court action against "voluntary membership". For "people for: **nonprofit HRRMC" does not borrow money with interest that must be repaid** by "voluntary membership".

38:     to initiate legal court action against "voluntary membership" For there is **no written contract, no written foundation agreement, no written liabilities, no written limitations, no written terms, no written conditions**, pursuant "Clearfield Doctrine", "Statute of Frauds Doctrine", "Contract Law", etc. but only by artifice and deceptive trick have the "people for: nonprofit HRRMC" acted.

39:     to initiate legal court action against "voluntary membership" hire the attorney to sue "voluntary membership", that is **criminal breach of trust.**

40:     to initiate legal court action against "voluntary membership" hire the attorney to sue "voluntary membership", that is **criminal breach of fiduciary duty.**

41:     to initiate legal court action against "voluntary membership" hire the attorney to sue "voluntary membership", that is **criminal misappropriation of dedicated trust monies**, which is money collected by "people for: nonprofit HRRMC" from "voluntary membership" for the sole and single purpose to maintain the private roadway.

42:     to initiate legal court action against "voluntary membership" hire the attorney to sue "voluntary membership", that is **criminal senior abuse**, as most "voluntary membership" are seniors.

43:   to initiate legal court action against "voluntary membership" hire the attorney to sue "voluntary membership", that is **professional negligence and malpractice**, on behalf of any attorney who would knowingly and willfully participate in such criminal action.

44:   to initiate legal court action against "voluntary membership" hire the attorney to sue "voluntary membership", that is **obstruction of justice and constructive fraud**, on behalf of any court clerk and judge who would knowingly participate in such criminal action.

45:   to initiate legal court action against "voluntary membership" hire the attorney to sue "voluntary membership", that is **criminal conspiracy to defraud**, on behalf of any attorney, court clerk and judge who would participate in such criminal action.

46:   to initiate legal court action against "voluntary membership" hire the attorney to sue "voluntary membership", that is **criminal senior abuse and financing extortionate lines of credit**, on behalf of any attorney, court clerk and judge who would participate in such criminal action.

47:   to initiate legal court action against "voluntary membership" hire the attorney to sue "voluntary membership", that is **habitual property crime**, on behalf of any attorney, court clerk and judge who would participate in such criminal action.

48:   to initiate legal court action against "voluntary membership" hire the attorney to sue "voluntary membership", that is **criminal conspiracy to defraud**, on behalf of any attorney, court clerk and judge who would participate in such criminal action.

49:   to initiate legal court action against "voluntary membership" hire the attorney to sue "voluntary membership", that is **Racketeering R.I.C.O.**, on behalf of any attorney, court clerk and judge who would participate in such criminal action.

50:   to initiate legal court action against "voluntary membership" hire the attorney to sue "voluntary membership", with **unsigned hearsay complaint**, on behalf of any attorney, court clerk and judge who would participate in such criminal action.

51:   to initiate legal court action against "voluntary membership" hire the attorney to sue "voluntary membership", that any court would **render Judgement and/or Order** on behalf of any attorney, court clerk and judge who would participate in such criminal action.

52:   to initiate legal court action against "voluntary membership" hire the attorney to sue "voluntary membership", that is making clearly **False Claims and False Billing** on behalf of any attorney, court clerk and judge who would participate in such criminal action.

53:   to initiate legal court action against "voluntary membership" hire the attorney to sue "voluntary membership", that had clearly **ignored and dishonored all defensive**

**documents, evidence and testimony** to the benefit of any attorney, court clerk and judge who would participate in such criminal action.

54:   to initiate legal court action against "voluntary membership" hire the attorney to sue "voluntary membership", that is making clearly large incomes which are not reported as such becoming **Tax Fraud on Unreported Income** on behalf of any attorney, court clerk and judge who would participate in such criminal action.

55:   to initiate legal court action against "voluntary membership" hire the attorney to sue "voluntary membership", that is by not mailing statements to correct addresses but rather knowingly and willfully mailing statements **to addresses not used for decades or mailing statements to addresses for which "voluntary membership" never used,** on behalf of any attorney, court clerk and judge who would participate in such criminal action.

56:   to initiate legal court action against "voluntary membership" hire the attorney to sue "voluntary membership", that is initiating **vexatious litigation** with court action results in benefit of any attorney, court clerk and judge who would participate in such criminal action.

57:   to fail to utilize "Debt Collection" companies for the obvious reason that: **For isn't it true that no real debt collector can effect collection as alleged debt is non-contractual and noncollectable?**

58:   to initiate legal court action against "voluntary membership" and "non-membership" to hire the attorney to sue "voluntary membership" and "non-membership", that is initiating vexatious litigation against people whose property has a private easement abutting State Highway 11 and not abutting any private road.

59:   to initiate legal court action against "voluntary membership" and "non-membership" to hire the attorney to sue "voluntary membership" and "non-membership" when "People for: nonprofit HRRMC" have no "CONTRACT" with the road owners of "Increment 1" (west side, highway to bottom of "Ranchos")- "KBSF LAND CO INC", resulting in trespass by "people for: nonprofit HRRMC".

60:   to initiate legal court action against "voluntary membership" and "non-membership" to hire the attorney to sue "voluntary membership" and "non-membership" when "People for: nonprofit HRRMC" have no "CONTRACT" with the road owners of "Increment 2" (center section, Maile Rd. to bottom of "Ranchos")- "U S TRUST", "GRAYCO LAND ESCROW LTD", resulting in trespass by "people for: nonprofit HRRMC".

61:   to initiate legal court action against "voluntary membership" and "non-membership" to hire the attorney to sue "voluntary membership" and "non-membership" when "People for: nonprofit HRRMC" have no "CONTRACT" with the

road owners of "Increment 3" (east side, highway to bottom of "Ranchos")- "GRAYCO LAND ESCROW LTD", "WELLS FARGO REALTY SERVICES", resulting in trespass by "people for: nonprofit HRRMC".

62:   to independently operate an permitted or unpermitted base yard, for so doing exceeds authority and purpose.

63:   to independently purchase equipment, and materials, for so doing exceeds authority and purpose.

64:   to independently hire employees, for so doing exceeds authority and purpose.

65:   to build structures and buy land, for so doing exceeds authority and purpose.

66:   to engage in actions of "MORAL HAZARD" ( a situation in which one party engages in risky behavior or fails to act in good faith because it knows the other party bears the economic consequences of their behavior).

67:   to commit actions with revenge and retaliation (example: false billing against native Hawaiian great grandmother: $4,664.47 in alleged "Road Damage" from tiny 1988 Corolla, $5,087.77 for alleged squatting, and other false Charges totaling over $12,600.00 not including vexatious attorneys fees).

68:   to foreclose on private property on the basis of a "DUTY", when a "DUTY" is defined as "INACTIONABLE MORAL OBLIGATION", converting a moral obligation to extortion by threat;

69:   to operate "CONVERSION", that is "a civil wrong (tort) in which one converts another's property to his/her own use, which is a fancy way of saying "steals."

**REQUEST FOR INJUNCTIVE RELIEF PURSUANT RULE 65(b)**

**Injunctions and Restraining Orders**

For the specific facts demonstrate a long pattern and continuous and immediate irrepairable injury, loss, and damage as efforts already made by "Respondents" are made ineffective.

For Death Threats, Threats, Bulling, Property Lockouts, Harassment, Stalking, Chasing, Obsurdly Faraudulent Billing and Claims, Slander and Libel, Defamation, Vexatious Litigation Repeatedly Over and Over, Physical Threatsand Assault, Financial Abuse and Extortion, Self-enrichment, Tax Fraud on unreported income from Embezzlement's, Senior Abuse, and more from November 2020 to present.

For the Court must GRANT PERMANENT INJUNCTION which is warranted as there is no remedy at law that can fully compensate the wronged senior parties for the injuries inflicted and in addition the wronged seniors has shown that the balance of hardships weighs in its favor and that the issuance of the injunction would not harm the public interest.

**FOR WILLFULL AND KNOWING IDENTITY THEFT and**

**FOR WILLFUL AND KNOWING INVASION OF PRIVACY**

For "Bob" willfully and knowingly placed upon the public record and into the "PETITION" highly personal and confidential protected information.

Did "Bob" willfully and knowingly not commit this act in another attempt to inflict injury, harm, damage and loss upon the two seniors: "**billy**" and "**noilani**"?

By the way, "noilani" was born at Waipio Valley, is a mother of six children, Grandmother to 19 Children, and Great-Grandmother to seven.

"**noilani**" is a College Graduate, former nurse, schoolteacher, hula instructor, accountant, business manager, chef, and highly skilled in many arts, to name a few.

**For "Bob" has been terrorizing "noilani" for over 1000 days almost continually, either physically by the use of force and terrorism, various deprivations, malicious and vexatious litigation's, verbal and physical insults. threats and death threats, antagonization's, slander's, defamation's, libel's**

For "**noilani**" is only looking for best for all the neighbors and "noilani" generosity is legendary.

"**noilani**" knows almost everyone, even on all the Islands "noilani" has family and friends. Few people are more well know and loved.

"**noilani**" is a descendant of several well known former rulers in "Hawaii".

For "**Bob**" committed several **FEDERAL LAW violations** by publicly exposing U.S. PASSPORT, BIRTH CERTIFICATE, BANK INFORMATION, and COMMERCIAL DOCUMENTATION which the abuse of carry's fines up to $500,000.00 each.

## INVASION OF PRIVACY AND INDENTITY THEFT DAMAGES:

No wonder two Judges recused themselves to avoid a potentially large liability.

For there is **no possible excuse** for these non-professional recidivist acts, and upon this basis alone this matter must be sanctioned for vexatious litigation, and stricken from all records.

For any **failure** of the Court to sanction, and strike the "PETITION" constitutes a conspiracy and collusion of the Court which may be operating exploitation of a legal justice minority group by BAR closed union shop court with acts of apartheid.

### Failure At Prior Notice Of Charges, Interest, Obligation, Default, Or Pending Lawsuit

For in typically unethical and consistent repetition, and dishonest acts of ambush terrorism, "**Bob**" **failed** DUE PROCESS and EQUAL PROTECTION RIGHTS by running off straight to Court with a COMPLAINT in VIOLATION of the federal FAIR DEBT COLLECTION ACT.

For "**Bob**" **failed** to provide "**billy**" and "**noilani**" any **notice of interest** related to any allegation, therefore denying "**billy**" and "**noilani**" any right to challenge or question the allegation(s).

For "**Bob**" **failed** to provide "**billy**" and "**noilani**" any **notice of obligation** related to any allegation, therefore denying "**billy**" and "**noilani**" any right to challenge or question the allegation(s).

For "**Bob**" **failed** to provide "**billy**" and "**noilani**" any **notice of default** related to any allegation, therefore denying "**billy**" and "**noilani**" any right to challenge or question the allegation(s).

For "**Bob**" **failed** to provide "**billy**" and "**noilani**" any **notice of pending lawsuit** related to any allegation, therefore denying "**billy**" and "**noilani**" any right to challenge or question the allegation(s).

For "**Bob**" **failed** to pursue regular debt collection process through a competent debt collection agency- because no debt collection agency can collect any alleged debt without a contract. Attorneys and Judges know that.

## Fee Schedule

The AUTHORITY FOR FINES (DAMAGES) CAUSED BY CRIMES BY GOVERNMENT OFFICERS: PERPETRATORS INCLUDING AUTHORIZING BODIES, CAPTAINS, CHIEFS, SUPERVISORS, EMPLOYERS, AGENTS, CLERKS, ADMINISTRATORS . , These Damages, in part, were determined by GOVERNMENT itself for the violation listed:, Breach Penalty Authority

VIOLATION OF OATH OF OFFICE $250,000.00 18 USC 3571, 28 USC 3002(15), ARMED ABUSE OF OFFICE $200,000.00, ARMED ABUSE OF AUTHORITY $200,000.00, ARMED USE OF EMERGENCY LIGHTING IN A NON-EMERGENCY $200,000.00, ARMED USE OF EMERGENCY SIREN IN A NON-EMERGENCY $200,000.00, ARMED ASSAULT AND BATTERY $200,000.00, ARMED THREAT OF VIOLENCE $200,000.00, ARMED COERCION $200,000.00, DENIED PROPER WARRANT(S) $250,000.00 18 USC 3571, DENIED RIGHT OF REASONABLE DEFENSE ARGUMENTS $250,000.00 18 USC 3571, DEFENSE EVIDENCE (RECORDS) $250,000.00 18 USC 3571, DENIED RIGHT TO TRUTH IN EVIDENCE $250,000.00 18 USC 3571, ARMED VIOLATION OF DUE PROCESS $200,000.00, SLAVERY (Forced Compliance to contracts not held) $250,000.00 18 USC 3571, DENIED PROVISIONS IN THE CONSTITUTION $250,000.00 18 USC 3571, ARMED TREASON, WAR AGAINST AMERICANS $250,000.00 18 USC 3571, GENOCIDE AGAINST HUMANITY $1,000,000.00 18 USC 1091, APARTHEID $1,000,000.00, ARMED DEPRIVATION OF RIGHTS UNDER COLOR OF LAW $200,000.00 18 USC 242, EMOTIONAL DISTRESS $200,000.00 32 CFR 536.77(a)(3)(vii), MENTAL ANGUISH ABUSE $200,000.00 42 CFR 488.301, PEONAGE (Felony) $200,000.00 18 USC 1581, 42 USC 1994, UNLAWFUL INCARCERATION $200,000.00, MALICIOUS PROSECUTION $200,000.00, DEFAMATION OF CHARACTER $200,000.00, SLANDER $200,000.00, LIBEL $200,000.00, ARMED TRESPASS $200,000.00, NEGLECT/FAILURE TO PROTECT/ACT $200,000.00 18 USC 1621, 42 USC 1986, ARMED GANG PRESSING $200,000.00, ARMED LAND PIRACY/PLUNDER $200,000.00, UNAUTHORIZED BOND, PRODUCTION $200,000.00, ARMED FORGERY $200,000.00, ARMED EMBEZZLEMENT $200,000.00, TAX EVASION $?, ARMED STALKING $200,000.00, ARMED IMPERSONATING A PUBLIC OFFICIAL $200,000.00, ACTING AS

AGENTS OF FOREIGN PRINCIPLES $200,000.00 18 USC 219, ARMED TORTURE $200,000.00, ARMED OPERATING STATUTES WITHOUT BOND $200,000.00, EXPLOITATION OF A LEGAL JUSTICE MINORITY GROUP BY BAR CLOSED UNION SHOP COURTS- CIVIL RIGHTS $1,000,000.00, BAR VIOLATION OF ANTI-TRUST LAWS $200,000.00, FICTICIOUS CONVEYANCE OF LANGUAGE $200,000.00 Chap. 2b 78FF, MISAPPROPRIATION OF TAXPAYER FUNDS $200,000.00 18 USC 641-664, VIOLATIONS OF THE UNIVERSAL DECLARATION OF HUMAN RIGHTS, ARMED BREACH OF TRUST $200,000.00, ARMED DISTURBING THE PEACE $200,000.00, ARMED KIDNAPPING $200,000.00 18 USC 1201, ARMED MALFEASANCE/MALPRACTICE $200,000.00 22 CFR 13.3 , ARMED MISREPRESENTATION/PERSONAGE $200,000.00, MISPRISON OF FELONY $500.00 18 USC 4, ARMED CONSPIRACY AGAINST RIGHTS OF PEOPLE $200,000.00 18 USC 241, ARMED CRIMINAL EXTORTION/ECONOMIC OPPRESSION $200,000.00 18 USC 141, 872, 25 CFR 11.417, ARMED EXTORTION OF RIGHTS $200,000.00 Title 15, ARMED ROBBERY $200,000.00 , ARMED THEFT BY FORCED REGISTRATION $200,000.00 , MAIL THREATS $5,000.00 18 USC 876, MAIL FRAUD $10,000.00 18 USC 1341, ARMED FRAUD $10,000.00 18 USC 1001, ARMED VIOLATION OF LIEBER CODE AGAINST NON-COMBATANTS $200,000.00, ARMED WRONGFUL ASSUMPTION OF STATUS/STANDING $200,000.00, ARMED FALSIFICATION OF DOCUMENTS/RECORD $10,000.00 18 USC 1001, 26 USC 7701(a)(1), ARMED FICTITIOUS OBLIGATIONS $200,000.00 18 USC 514, ARMED PERJURY $2,000.00 18 USC 1621, ARMED SUBORDINATION OF PERJURY $2,000.00 18 USC 1622, ARMED RACKETEERING (Criminal, Felony) $200,000.00 18 USC 1961-1968, ARMED RACKEREERING (Civil) $200,000.00, Wages Taken $x3= 18 USC 1964 © (Sustained Damages [total] x3)To determine multiply no. of counts by damage, Elder Abuse: multiply all damages by 2. The lien debtors will be responsible for any IRS obligations resulting from the discharge or cancellation of any debts, as well as earned income resulting from accepted settlements.

Dealing with claims of "Immunity". Any claim of "Immunity" is a fraud because, if valid, it would prevent removal from office for crimes against the people, which removal is authorized or mandated under U.S. Constitution Article 2, Section IV; as well as 18 USC 241, 42 USC 1983, 1985, 1986, and other state Constitutions. Precedents of Law established by Court cases, which are in violation of law, render violations of law legally unassailable. Such a situation violates several specifically stated intents and purposes of the Constitution set forth in the Preamble; to establish justice, insure domestic tranquility, and secure the blessings of liberty. For JUDGES, or anyone in any branch of government

## Rule 13 COMPULSORY COUNTERCLAIM

For "people for: HRRMC" original authorized authority and purpose is to hire and pay professional road maintenance contractors with whatever funding is available.

The original authority which was granted by and is mandated to be administered by "The County of Hawaii Department of Finance" in co-operation with the "County of Hawaii Department of Planning", "The County of Hawaii Corporation Counsel", "The County of Hawaii Department of Public Works", "The State of Hawaii Attorney General", and the "State of Hawaii Department of Commerce and Consumer Affairs".

As the record shows.

### HAWAII REVISED STATUTES CHAPTER 414D HAWAII NONPROFIT CORPORATIONS ACT

"[§414D-81]  **Admission.**  (b)  No person shall be admitted as a member without the person's consent.        [L 2001, c 105, pt of §1]"

*For then, property owners at "Ranchos Estates" are legally entitled to deny all "membership" with "HAWAIIAN RANCHOS ROAD MAINTENANCE CORPORATION/HRRMC", and therefore have no obligation to "HRRMC".*

*Furthermore, "HRRMC" does not own any "road" at "Ranchos", nor does "HRRMC" have any contract with the "road owners".*

*For the "road" "owners at "Ranchos" are:*
*increment 1 (west side, highway to bottom of "Ranchos")- "KBSF LAND CO INC",*
*increment 2 (center section, Maile Rd. to bottom of "Ranchos')- "U S TRUST", "GRAYCO LAND ESCROW LTD"*
*increment 3 (east side, highway to bottom of "Ranchos")- "GRAYCO LAND ESCROW LTD", "WELLS FARGO REALTY SERVICES";*

"§414D-89  **Termination, expulsion, and suspension.**  (a)  No member may be expelled or suspended, and no membership or memberships in such corporations may be terminated or suspended except pursuant to a procedure that is fair and reasonable, and is carried out in good faith."

*For therefore, "HRRMC" may not deny voting rights, deny access to gate key, deny access to "voluntary membership" meetings or events, etc. with voluntary membership ability to rebuttal any and all infringements to protected rights.*

"**§414D-245   Effect of dissolution.**   (a)   A dissolved corporation continues its corporate existence but shall not carry on any activities except those appropriate to wind up and liquidate its affairs …"

*For upon property owners exercise of right to dissolve "HRRMC", all further actions by "HRRMC" are limited to liquidation and resolution of claims by injured parties.*

"**§414D-252   Grounds for judicial dissolution.**   (a)   The court may dissolve a corporation in a proceeding by the attorney general if it is established that:(2)   The corporation has continued to exceed or abuse the authority conferred upon it by law; (3)   The corporation is a public benefit corporation and the corporate assets are being misapplied or wasted; or (4)   The corporation is a public benefit corporation and is no longer able to carry out its activities." "(b)   In a proceeding by fifty members or members holding five per cent of the voting power, whichever is less, or by a director or any person specified in the articles, the court may dissolve a corporation if it is established that": "(2)   The directors or those in control of the corporation have acted, are acting, or will act in a manner that is illegal, oppressive, or fraudulent;" "(4)   The corporate assets are being misapplied or wasted."

*For then, when 50 or more "Ranchos" property owners agree that in the best interest of "Ranchos" property owners to dissolve "HRRMC", this can be accomplished through the operation of public servants who originally empowered "HRRMC". These public servants include:*

*STATE OF HAWAII ATTORNEY GENERAL CORPORATION;*

*STATE OF HAWAII DEPT. OF COMMERCE AND CONSUMER AFFAIRS;*

*COUNTY OF HAWAII DEPARTMENT OF FINANCE;*

*COUNTY OF HAWAII PLANNING DEPT.;*

*COUNTY OF HAWAII CORPORATION COUNSEL;*

### Request for Judicial Dissolution for "HRRMC", a Hawaii nonprofit corporation"

For I, _____, hereon allege that "HAWAIIAN RANCHOS ROAD MAINTENANCE CORPORATION, a Hawaii nonprofit corporation" [hereon after "HRRMC"] doing business at "92-1347 Kohala Blvd., Ocean View, Hawaii, 96737-7007": has committed the following acts (which are checked and underlined) as follows:

☑ "continued to exceed or abuse the authority conferred upon it by law";

☑ "The corporate assets are being misapplied or wasted";
☑ "no longer able to carry out its activities";

☑"those in control of the corporation have acted, are acting, or will act in a manner that is illegal, oppressive, or fraudulent"

For I _____, interest in or owner of __ property(ies) at "Hawaiian Ocean View Ranchos Estates" hereby elect to "Dissolve" "HRRMC, a Hawaii nonprofit":

**One Vote for each owned property: ___;**

For I, _____, hereon request law enforcement and or public servants operating oversight for "HRRMC, a Hawaii nonprofit" to investigate and prosecute "HRRMC" "Board members" for the following acts (which are underlined) as follows:

"embezzlement";  "extortion";  "misappropriation of private trust money dedicated to road maintenance";  "stalking";  "harassment";  "death threat";  "libel"; "slander";  "making false police complaints"; "over-reach";  "vexatious or unauthorized employment of "ATTORNEY(S)" to attack "Hawaiian Ocean View Ranchos Estates" property owners/beneficiaries";  "cursing at", "yelling at" and/or "flipping off" property owners/beneficiaries;  "terrorization";  "senior/elder abuse";  "self enrichment";  "tax fraud";  "theft"; "attempted theft";  "breach of fiduciary duties"; "breach of trust";  "manipulation of the justice system"; "assault";  "intimidation"; "inciting injury/harm/damage and/or loss against beneficiary land owners"; "publication and/or distribution of false, misleading, or propaganda type information about beneficiaries"; "slander of title/property lien";  "falsified billing";  "over-billing"; "racketeering";  "threat";     "failure to maintain roads";  "roads owned by "GRAYCO LAND ESCROW LTD" and others with no contract with "HRRMC"; "converting a "moral obligation" into "mandatory extortion" by "threat";

remedy mandated is compensation for all costs, damages, CHARGES ($$121,700,000.00 LM), punitive damages, exemplary damages, and special damages for senior abuse and financial exploitation.

**<u>All Rights Reserved and Retained to Amend Without Leave of Court</u>**

By non-juristic consultant, advisor, administrator/creditor/lienholder,
Holder·in·Due·Course sui juris : h.l. m. noilani :mason ["Mathilda N. Mason" trade name]:

November 26, 2023 A.D.:by/ sui juris "I am"

| " _____ " | "" _____ "" | " _____ " |
|:---:|:---:|:---:|
| "M. N. Mason" | "h. l. mathilda-noilani; mason" | " mathilda-m.; mason" |
| LEGAL FICTION | CREDITOR | BENEFICIARY |

By non-juristic consultant, advisor, administrator/creditor/lienholder,
Holder·in·Due·Course sui juris : h.l. m. noilani :mason ["Mathilda N. Mason" trade name]:

November 26, 2023 A.D.:by/ sui juris "I am"

| " _____ " | "" _____ "" | " _____ " |
|:---:|:---:|:---:|
| "W. M. Gilroy" | "h. l. william-m. :gilroy" | "william m gilroy" |
| LEGAL FICTION | CREDITOR | BENEFICIARY |

All rights reserved, property exempt from levy, without recourse, autograph not on loan and may not be copied for any purpose.

For Costs and CHARGES this document Payable to "h.l. william-m. :gilroy" and "m. noilani mason":

$$Sixty-One Thousand & 00/100 Dollars lawful money

61 pages; cost $$61,000.00 LM

*Certificate of service: on _____, 2023 A.D. at _____ am/pm: "Notice of*
*Removal case 374",* True bill of exchange, due and payable to Order of "h.l.
william-m. :gilroy" for DEPOSIT only. *USPO mail served to:*

R.I.C.O. *"Robert Dale Triantos", P.O. Box 4247, Kailua Kona, Hawaii,96745,*

R.I.C.O. *"Roy Jay Thornton" and others, nonprofit "HRRMC", box 7007, Ocean View,*
*Hawaii, 96737*

*"Kelden Waltjen", 655 Kilauea Ave., Hilo, Hawaii, 96720;*

*"HRCA", box 6062, Ocean View, Hawaii, 96737;*

*"THE JUDICIARY" "Rodney Maile", 417 So. King St., 209, Honolulu, 96813-2943;*

*"COUNTY OF HAWAII""REAL PROPERTY TAX", 101 Pauahi St. Suite 4, Hilo,*
*96720-4224;*

*"MUTUAL UNDERWRITERS", 74-5565 Luhia St., Unit A4A, Kailua Kona, Hawaii,*

*"HAWAII STATE BAR ASSOCIATION CORPORATION", Rhonda L. Griswold, 1100*
*Alakea St., Ste. 1000, Honolulu, 96813;*

*"COUNTY OF HAWAII CORPORATION COUNSEL", Elizabeth Strance/Justin C.*
*Lee/Dalilah Elise Schlueter/Britt Bailey, 101 Aupuni St., Ste. 325, Hilo, Hawaii, 96720;*

*Rene Hermann Heimgartner, P.O. Box 1839, Kailua Kona, Hawaii, 96745;*

*David Harrison Lawton/Carol Monahan Jung/ Francis L. Jung/Thomas Wayne*
*Vassar/Emil Anthony Macasinag, Suite 100, 75-5722 Kuakini Hwy, Kailua Kona, Hawaii,*
*96740;*

*BETTER BUSINESS BUREAU, 1120 S. Rackham Way, Suite 300, Meridian, ID 83642*

*FEDERAL BUREAU OF INVESTIGATION, 91-1300 Enterprise St., Kapolei, Ha. 96707*

*UNITED STATES MARINE CORPS. 36th Assistant Commandant General Eric M. Smith,*
*MARINE CORPS BASE, CAMP PENDLETON CA. POSTAL OFFICER. MILITARY POST*
*OFFICE. BOX 555001. CAMP PENDLETON CALIFORNIA 92055-5001, att. claim for treason*
*committed by public servants;*

*November ___ 2023 A.D. by "honorable lord mathilda"; "h.l.william"*

Mighty I AM, bind fallen angels, godless creation. Blaze power of Great Central Sun binding Ser-pent, his seed, seed of Satan Lucifer.LORD God Almighty this day By authority of Christ within, we seek this day to give protection to   Keeper of Flame, Lightbearer, all destined to make ascension. cutting free Messengers, staff, students of Masters' Teachings. LORD's host- clear the way for Teachings, reach man, woman, and child of God's heart.   Archangel Michael, We call God-victory now over enemies, betrayers of living Word who—with avowed destruction—move against Messenger, Teaching and Body of God.these individuals be bound, their evil intent nullified, by power of Archangel Michael. setting free Lightbearers- freedom fighters to Cut economies, governments, people, educational systems, youth and children Cut free, Archangel Michael with your mighty sword. Cut us free from binding habit, self-limitation, spiritual blindness, selfishness and self-love that does not enable us to see Thy Will clearly, O God.Father, in name of Archangel Michael- bind hordes of demons, discarnates, entire crowd of fallen ones who plotted betrayal, judgment, trial and cruci-fixion of Jesus Christ and continue to plot against sons and daughters of God. Blaze Light through! Final Judgment of s p e c i f i c l i f e s t r e a m s ,O G o d — a l l t h o s e w h o s e names are not found written in Book of Life: the exorcism by Michael of ones possessing demons, discarnate's working against God's people- such as: slanders, thieves, tyrants, breacher's of the public trust, terrorists, abusers, stalkers, threatener's, embezzlers, extortionists, coveter's: namely:

> *familytriantos georgetriantos robertdaletriantos familythornton roythorntonsenior roymarcellathornton familyfogelvik matsmairafogelvik, familymay phillismmay familygerbo miketrishgerbo familytaylor rolandtaylor familystrance familyhawk jeffreyalanaubreyariannolsonhawk familykubota peterkenjikubota familynakamoto henrynakamoto familylawton davidharrisonlawton familylee justinlee familystrance elizabethstrance familyjung familyvassar familysalmo cherylsalmo familyheimgartner the parents thereof- the ancestors thereof*

In the name I AM, O God Come forth, descend. We seek binding and judgment of false witnesses, accusers, condemners. binding of Liars, Murderers with murderous intent in conspiracy against United States America, We call Life and Liberty, cutting free God's people from World Communism, materialism, cancers of evil and foul spirits possessing souls and bodies of people.Jesus and Mother Mary, We commit prayers, our spirits, spirits and souls of our families, friends, loved ones, and all whom are Lightbearers In holy name of God, I AM, so be it.